# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, *Plaintiff(s)* <br> v. <br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AVALONBAY COMMUNITIES, INC.
REGISTERED AGENT: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM <br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BELL PARTNERS, INC.
REGISTERED AGENT: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jan 17, 2023

Angela E. Noble
Clerk of Court

*s/ A. Alonso*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM <br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BH MANAGEMENT SERVICES, LLC
REGISTERED AGENT: CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

*s/ A. Alonso*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM <br><br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BOZZUTO MANAGEMENT COMPANY
REGISTERED AGENT: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM MANAGEMENT CORP.; CORTLAND PARTNERS, <br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAMDEN PROPERTY TRUST
11 Greenway Plaza, Suite 2400
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, *Plaintiff(s)* <br><br> v. <br><br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CONAM MANAGEMENT CORP
REGISTERED AGENT: THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
SUITE 105
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lindsey C. Grossman
    CRIDEN & LOVE, PA
    7301 SW 57th CT, STE 515
    SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM MANAGEMENT CORP.; CORTLAND PARTNERS,<br>*Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORTLAND PARTNERS, LLC
3424 Peachtree Road NE, Suite 300
Atlanta, GA 30326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM <br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FPI MANAGEMENT, INC.
REGISTERED AGENT: CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Alonso*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM MANAGEMENT CORP.; CORTLAND PARTNERS,<br>*Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREYSTAR REAL ESTATE PARTNERS, LLC
465 Meeting Street, Suite 500
Charleston, SC 29403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM<br><br>*Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HIGHMARK RESIDENTIAL, LLC
REGISTERED AGENT: CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Lindsey C. Grossman
> CRIDEN & LOVE, PA
> 7301 SW 57th CT, STE 515
> SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM<br><br>*Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LANTOWER LUXURY LIVING, LLC
REGISTERED AGENT: CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | | |
|---|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINCOLN PROPERTY COMPANY
REGISTERED AGENT: CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Lindsey C. Grossman
    CRIDEN & LOVE, PA
    7301 SW 57th CT, STE 515
    SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM <br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MID-AMERICA APARTMENT COMMUNITIES, INC.
REGISTERED AGENT: CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

s/ A. Alonso
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM<br><br>*Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PINNACLE PROPERTY MANAGEMENT SERVICES, LLC
REGISTERED AGENT: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM <br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  REALPAGE, INC.
REGISTERED AGENT: C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

s/ A. Alonso
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM <br> *Defendant(s)* | Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RPM LIVING, LLC
REGISTERED AGENT: COGENCY GLOBAL INC.
115 N. CALHOUN STREET
SUITE# 4
TALLAHASSE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:23cv20160 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UDR, INC.
REGISTERED AGENT: CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Lindsey C. Grossman
    CRIDEN & LOVE, PA
    7301 SW 57th CT, STE 515
    SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, and BARRY AMAR-HOOVER, Individually and on Behalf of All Others Similarly Situated, </br></br>*Plaintiff(s)*</br></br>v.</br></br>REALPAGE, INC.; AVALONBAY COMMUNITIES, INC.; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CONAM</br>*Defendant(s)* | )</br>)</br>)</br>)</br>)</br>)</br>) Civil Action No. 1:23cv20160</br>)</br>)</br>)</br>)</br>)</br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ZRS MANAGEMENT, LLC
REGISTERED AGENT: ZRS HOLDINGS 2, LLC
2001 SUMMIT PARK DRIVE
SUITE 300
ORLANDO, FL 32810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lindsey C. Grossman
CRIDEN & LOVE, PA
7301 SW 57th CT, STE 515
SOUTH MIAMI, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 17, 2023

Angela E. Noble
Clerk of Court

s/ A. Alonso
Deputy Clerk
U.S. District Courts