| | |
|---|---|
| PRISCILLA PARKER, PATRICK PARKER, BARRY AMAR-HOOVER, MATTEO MARCHETTI, ZACHARY MILLER CORRADINO, SAMANTHA TAYLOR REYES, CHRISTOPHER SALOMAN, and MICHAEL STRAUSS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>REALPAGE, INC.; AMLI MANAGEMENT COMPANY; ALLIANCE RESIDENTIAL COMPANY; APARTMENT MANAGEMENT CONSULTANTS, LLC; ASSET LIVING, LLC; AVALONBAY COMMUNITIES, INC.; AVENUE5 RESIDENTIAL LLC; BELL PARTNERS, INC.; BH MANAGEMENT SERVICES, LLC; BOZZUTO MANAGEMENT COMPANY; THE BOZZUTO GROUP; CAMDEN PROPERTY TRUST; CONAM MANAGEMENT CORP.; CORTLAND PARTNERS, LLC; CORTLAND PROPERTIES, INC.; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST; FPI MANAGEMENT, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; HIGHMARK RESIDENTIAL, LLC; LANTOWER LUXURY LIVING, LLC; LINCOLN PROPERTY COMPANY; MID-AMERICA APARTMENT COMMUNITIES, INC.; MORGAN PROPERTIES; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC; RPM LIVING, LLC; SECURITY PROPERTIES, INC.; THOMA BRAVO, L.P.; THRIVE COMMUNITIES MANAGEMENT, LLC; UDR, INC.; WINNCOMPANIES LLC; and ZRS MANAGEMENT, LLC.<br><br>                Defendants. | Case No. 1:23-cv-20160<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Orders (ECF Nos. 32 and 50), the parties jointly submit this status report to advise the Court of the decision by the Judicial Panel on Multidistrict Litigation (the "Panel" or "JPML") on the motion to transfer the four cases[1] consolidated on this docket (the "Florida Actions") and related cases.

On April 10, 2023, the Panel issued an order transferring twenty actions to the Middle District of Tennessee before the Honorable Waverly D. Crenshaw, Jr., for "coordinated or consolidated pre-trial proceedings." *In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II)*, MDL 3071, ECF No. 205. The Florida Actions were filed after Defendants filed their transfer motion with the JPML, and, as such, were noticed as potential tag-along actions. *In re: RealPage, Inc.*, ECF Nos. 12, 157, and 191. Accordingly, the Florida Actions were not included in the Panel's April 10, 2023 order. On April 12, 2023, pursuant to Panel Rule 7.1, the Clerk of the Panel entered a Conditional Transfer Order ("CTO"), transferring twelve actions, including all four Florida Actions, to the Middle District of Tennessee. If unopposed, the Clerk of the Panel is anticipated to transmit the transfer orders to the Middle District of Tennessee by April 19, 2023 (seven days after entry of the CTO), at which point the transfer orders will become effective. The parties are not aware of any opposition to the CTO.

In making this joint status report, Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. Defendants

---

[1] *Corradino, et al. v. RealPage, Inc., et al.*, No. 1:23-cv-20165 (S.D. Fla.); *Marchetti v. RealPage, Inc., et al.*, No. 1:23-cv-20263 (S.D. Fla.); *Parker, et al. v. RealPage, Inc., et al.*, No. 1:23-cv-20160 (S.D. Fla.); *Saloman, et al. v. RealPage, Inc., et al.*, No. 1:23-cv-21038 (S.D. Fla.).

expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

Dated this 14th day of April 2023.

Presented by:

/s/ *Lindsey C. Grossman*
Lindsey C. Grossman (Fla. Bar No. 105185)
Michael Criden (Fla. Bar No. 714356)
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050
lgrossman@cridenlove.com
mcriden@cridenlove.com

*Local Counsel for Plaintiffs Priscilla Parker, Patrick Parker, Barry Amar-Hoover, Zachary Miller Corradino, and Samantha Taylor Reyes*

David R. Scott (*pro hac vice*)
Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
G. Dustin Foster (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

/s/ *Michael M. Maddigan*
Michael M. Maddigan (*pro hac vice* forthcoming)
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III (*pro hac vice* forthcoming)
william.monts@hoganlovells.com
Benjamin F. Holt (*pro hac vice* forthcoming)
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

*Counsel for Defendant Greystar Real Estate Partners, LLC*

/s/ *Joseph M. Kay*
Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Pinnacle Property Management Services, LLC*

Thomas J. Undlin (*pro hac vice* forthcoming)
Stacey Slaughter (*pro hac vice*)
Geoffrey H. Kozen (*pro hac vice*)
J. Austin Hurt (*pro hac vice* forthcoming)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

Vincent Briganti (*pro hac vice*)
Christian P. Levis (*pro hac vice*)
Peter Demato (*pro hac vice*)
Radhika Gupta (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

*Additional Counsel for Plaintiffs Priscilla Parker, Patrick Parker, and Barry Amar-Hoover*

/s/ *Benjamin J. Widlanski*
Benjamin J. Widlanski
Fla. Bar No. 1010644
bwidlanski@kttlaw.com
Javier A. Lopez
Fla. Bar No. 16727
jal@kttlaw.com
KOZYAK TROPIN & THROCKMORTON LLP
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

/s/ *David A. Walton*
David A. Walton (*pro hac vice* forthcoming)
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC.*

/s/ *Belinda S Lee*
Belinda S Lee (*pro hac vice* forthcoming)
belinda.lee@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

E. Marcellus Williamson (*pro hac vice* forthcoming)
marc.williamson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington DC, 20004
Telephone: (202) 637-2200

*Counsel for Defendant AvalonBay Communities, Inc.*

/s/ *Charles H. Samel*
Charles H. Samel (*pro hac vice* forthcoming)
Charles.samel@stoel.com
Edward C. Duckers (*pro hac vice* forthcoming)
Ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie (*pro hac vice* forthcoming)
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

/s/ Archie Lamb Jr.
Archie C. Lamb, Jr., Esq.
Fla. Bar No. 742597
alamb@archielamb.com
ARCHIE LAMB & ASSOCIATES
Attorney at Law
2625 McCormick Dr #102,
Clearwater, FL 33759
Tel: 205-612-6789

*Local Counsel for Plaintiff Matteo Marchetti*

/s/ Joseph R. Saveri
Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, LLP
Joseph R. Saveri (Cal. Bar No. 130064) (*pro hac vice* forthcoming)
Steven N. Williams (Cal. Bar No.175489) (*pro hac vice* forthcoming)
Cadio Zirpoli (Cal. Bar No.179108) (*pro hac vice* forthcoming)
Kevin E. Rayhill (Cal. Bar No.267496) (*pro hac vice* forthcoming)
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Fax: (415) 395-9940
Email: jsaveri@saverilawfirm.com
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

*Additional Counsel for Plaintiff Matteo Marchetti*

Jeffrey B. Kaplan, Esq. (Fla. Bar No. 39977)
Maria V. Ceballos, Esq. (Fla. Bar No. 1038726)
DIMOND KAPLAN & ROTHSTEIN, P.A.
2665 South Bayshore Drive, PH-2B

*Counsel for Defendant FPI Management, Inc.*

/s/ Ian Simmons
Ian Simmons (*pro hac vice* forthcoming)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5106

Stephen McIntyre (*pro hac vice* forthcoming)
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

/s/ David D. Cross
David D. Cross (*pro hac vice* forthcoming)
dcross@mofo.com
Jeffrey A. Jaeckel (*pro hac vice* forthcoming)
jjaeckel@mofo.com
Robert W. Manoso (*pro hac vice* forthcoming)
rmanoso@mofo.com
Sonja Swanbeck (*pro hac vice* forthcoming)
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

/s/ James D. Bragdon
James D. Bragdon
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702
jbragdon@gejlaw.com

Miami, Florida 33133
Telephone: (305) 374-1920
Jkaplan@dkrpa.com
Vceballos@dkrpa.com

*Counsel for Plaintiffs Christopher Saloman and Michael Strauss*

*Counsel for Defendant Bozzuto Management Company*

*/s/ Lawrence Silverman*
Lawrence D. Silverman (Fla. Bar No. 7160)
Lawrence.silverman@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Dr. Ste 900
Miami, FL 33131-4937
Telephone: (305) 391-5204

*/s/ Benjamin R. Nagin*
Benjamin R. Nagin (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
bnagin@sidley.com

*Counsel for Defendant ConAm Management Corporation*

/s/ *Stephen Weissman*
Stephen Weissman (*pro hac vice* forthcoming)
sweissman@gibsondunn.com
Michael J. Perry (*pro hac vice* forthcoming)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Daniel G. Swanson (*pro hac vice* forthcoming)
dswanson@gibsondunn.com
Jay Srinivasan (*pro hac vice* forthcoming)
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen C. Whittaker (*pro hac vice* forthcoming)

cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (application for admission forthcoming)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

*Counsel for Defendant RealPage, Inc.*

*/s/ Robert S. Galbo*
Robert S. Galbo (FL Bar No. 106937)
galbor@gtlaw.com
GREENBERG TRAURIG, P.A.
333 SE 2nd Ave., Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500

*/s/ Gregory J. Casas*
Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (*pro hac vice* forthcoming)
Becky.caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

7

*Counsel for Defendant Lincoln Property Co.*

*/s/ Britt M. Miller*
Britt M. Miller (*pro hac vice* forthcoming)
bmiller@mayerbrown.com
Daniel T. Fenske (*pro hac vice* forthcoming)
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

Rachel Tallon Reynolds (*pro hac vice* forthcoming)
Rachel.Reynolds@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Telephone: (206) 436-2020

*Counsel for Defendant Cortland Partners, LLC.*

*/s/ Lynn H. Murray*
Lynn H. Murray (*pro hac vice* forthcoming)
lhmurray@shb.com
Maveric Ray Searle (*pro hac vice* forthcoming)
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700

Ryan Sandrock (*pro hac vice* forthcoming)
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900

Laurie A. Novion (*pro hac vice* forthcoming)

lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

Hunter Ahern (*pro hac vice* forthcoming)
hahern@shb.com
SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104
Telephone: (206) 344-7600

*Counsel for Defendant Camden Property Trust*

/s/ *Marguerite Willis*
Marguerite Willis (SBN: 188950)
mwillis@nexsenpruet.com
NEXSEN PRUET, LLC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Travis C. Wheeler (*pro hac vice* forthcoming)
twheeler@nexsenpruet.com
Mark C. Moore (*pro hac vice* forthcoming)
mmoore@nexsenpruet.com
Michael A. Parente (*pro hac vice* forthcoming)
mparente@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Michael Oritz (*pro hac vice* forthcoming)
moritz@oritzdoyle.com
ORITZ & DOYLE PLLC
2840 Plaza Place, Suite 300
Raleigh, NC 27612
Telephone: (919) 781-7400

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Michael D. Bonanno*

9

Michael D. Bonanno (*pro hac vice* forthcoming)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (*pro hac vice* forthcoming)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Defendant Highmark Residential, LLC*

*/s/ Richard B. Brosnick*
Richard B. Brosnick (*pro hac vice* forthcoming)
richard.brosnick@akerman.com
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Telephone: (212) 880-3800

Ryan Krone (*pro hac vice* forthcoming)
ryan.krone@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
Telephone: (713) 623-0887

Eric Goldberg (*pro hac vice* forthcoming)
eric.goldberg@akerman.com
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, D.C., 20001
Telephone: (202) 393-6222

*Counsel for Defendant ZRS Management, LLC*

*/s/ Michael W. Scarborough*
Michael W. Scarborough (*pro hac vice* forthcoming)
mscarborough@velaw.com
Dylan I. Ballard (*pro hac vice* forthcoming)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living LLC*

*/s/ Leo D. Caseria*
Leo D. Caseria (*pro hac vice* forthcoming)
lcaseria@sheppardmullin.com
Helen C. Eckert (*pro hac vice* forthcoming)
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

*/s/ Arman Oruc*
Arman Oruc (*pro hac vice* forthcoming)
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

*/s/ David Kully*
David Kully (*pro hac vice* forthcoming)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 469-5415

*Counsel for Defendant AMLI Management Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 14th day of April, 2023.

                                                  */s/ Lindsey C. Grossman*