Motion (1372) is **GRANTED.**

US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

### JOINT MOTION BETWEEN PLAINTIFFS AND ESSEX TO CONTINUE RULE 30(B)(6) DEPOSITION

By agreement, Plaintiffs and Essex Property Trust, Inc. ("Essex") set the Rule 30(b)(6) deposition of Essex for February 26, 2026. Essex presented a corporate designee. That designee testified on behalf of Essex. However, during the deposition, the designee began getting ill, and it was decided that the remainder of the deposition would be continued to a later date. Subject to the Court's leave, the parties have agreed to complete the deposition of Essex on or before March 13, 2026. Plaintiffs and Essex accordingly request the Court's leave to complete the deposition on or before that date.