**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) | **Case No. 3:23-md-03071** **MDL No. 3071** **THIS DOCUMENT RELATES TO: ALL CASES** |

**ORDER**

On August 17, 2026, the Court ordered Plaintiffs to file the July 16, 2026 video recording of Gary Mason. (Doc. No. 1487). Plaintiffs' motion to submit the full version of the video recording *in camera* (Doc. No. 1491) is **GRANTED**.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE